**CALVERT FIRE INSURANCE COMPANY,**
Appellant,

v.

**Woody CRAYCRAFT, Appellee.**

Court of Appeals of Kentucky.

March 9, 1956.

Alvin B. Trigg, McCann, Sledd & McCann, Lexington, for appellant.

William Hays, Winchester, for appellee.

PER CURIAM.

This is a motion for an appeal from a $1,700 judgment in a suit on an insurance policy for damage to a wrecked automobile. It is the contention of the insurance company that the court improperly submitted to the jury the issue as to whether or not the automobile could have been repaired to place it in the same condition it was prior to the accident. There was conflicting expert evidence as to the practicability of repairing the automobile, and the reasonable cost of repair. Without considering the plaintiff's evidence, which the insurance company contends was insufficient, we are of the opinion that under the insurance contract the extent of plaintiff's damages was a proper jury issue in the case and was properly submitted by the instructions.

The motion for appeal is denied and the judgment stands affirmed.